KATHLEEN A LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 LAS VEGAS BLVD SOUTH
SUITE 200
LAS VEGAS, NV  89101
(702)853-0700
kal13mail@las13.com

e-filed on 07/24/2015

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
ROBERT POWELL
ZILA POWELL
2725 NELLIS,  #1165
LAS VEGAS, NV  89121

CHAPTER 13
CASE NO: BKS-10-18335-ABL

## CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)

Pursuant to Fed. R. Bankr P. 5009, Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, certifies that, based on their records the Debtor's Chapter 13 bankruptcy estate has been fully administered and/or the Debtor has completed all payments under the plan.  Accordingly, the Trustee hereby submits the following Final Account and Report of the Administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

Any objection to the Trustee's Final Account and Report must be written, state the grounds of objection, and be filed no later than 8/28/15, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor,Las Vegas, NV 89101, with a copy served upon Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, 201 Las Vegas Blvd South, Suite 200, Las Vegas, NV 89101.  In the absence of a timely filed Objection, the Bankruptcy Court may, if appropriate,  issue the debtor(s) a Discharge.  In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to Local Bankruptcy Rule 9014.

| Case Filed Date: | Date Plan Confirmed: | Date Case Closed: |
|---|---|---|
| 05/06/2010 | 09/09/2010 | 04/29/2015 |

Total funds received and disbursed pursuant to the plan:          18,154.00                    Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| United States Bankruptcy Court | | 00001 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| ARROW COMMUNITY MANAGEMENT | | 00002 | UNSECURED | 0.00 | 0.00 | 0.00 |
| APPLIED CARD BANK | 32 | 00003 | UNSECURED | 2,668.90 | 135.60 | 0.00 |
| APPLIED CARD BANK | | 00004 | UNSECURED | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | 13 | 00005 | UNSECURED | 504.31 | 25.63 | 0.00 |
| CHASE BANK USA NA | 15 | 00006 | UNSECURED | 8,510.51 | 417.23 | 0.00 |
| CLARK COUNTY TREASURER | | 00007 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CLARK COUNTY WATER RECALMATION DISTRICT | | 00008 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| VANDA LLC | 29 | 00009 | UNSECURED | 636.65 | 32.34 | 0.00 |
| CAPITAL ONE, N.A. | | 00010 | UNSECURED | 0.00 | 0.00 | 0.00 |
| VANDA LLC | 30 | 00011 | UNSECURED | 1,205.47 | 59.10 | 0.00 |
| VANDA LLC | 28 | 00012 | UNSECURED | 1,553.35 | 78.92 | 0.00 |
| JPMORGAN CHASE BANK NA | 25 | 00013 | COLLATERAL SURRENDER | 6,911.23 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION ASSIGNEE OF | 24 | 00014 | UNSECURED | 5,956.72 | 292.03 | 0.00 |
| CONNS CREDIT CORP | | 00015 | UNSECURED | 0.00 | 0.00 | 0.00 |

**POWELL, ROBERT and POWELL, ZILA**                    CASE NO: BKS-10-18335-ABL

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| CONNS CREDIT CORP | | 00016 | UNSECURED | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS | 31 | 00017 | UNSECURED | 1,339.41 | 65.67 | 0.00 |
| LVNV FUNDING LLC ITS SUCCESSORS OF FNBM LLC | 6 | 00018 | UNSECURED | 343.59 | 15.11 | 0.00 |
| DISNEY MOVIE CLUB | | 00019 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | 12 | 00020 | UNSECURED | 2,369.60 | 120.39 | 0.00 |
| DISCOVER BANK | 1 | 00021 | UNSECURED | 3,081.80 | 151.09 | 0.00 |
| EBAY MASTERCARD | | 00022 | UNSECURED | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC | 8 | 00023 | UNSECURED | 584.95 | 29.72 | 0.00 |
| GEMB/GAP | | 00024 | UNSECURED | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC | 11 | 00025 | UNSECURED | 1,082.24 | 53.06 | 0.00 |
| GEMB/WALMART DC | | 00026 | UNSECURED | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF | 7 | 00027 | UNSECURED | 993.35 | 48.70 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF | 17 | 00028 | UNSECURED | 3,138.45 | 153.87 | 0.00 |
| PORTFOLIO RECOVERY ASSCOCIATES, LLC | 20 | 00029 | UNSECURED | 361.82 | 15.91 | 0.00 |
| PORTFOLIO RECOVERY ASSCOCIATES, LLC | 16 | 00030 | UNSECURED | 616.46 | 31.32 | 0.00 |
| PORTFOLIO RECOVERY ASSCOCIATES, LLC | 18 | 00031 | UNSECURED | 548.54 | 27.86 | 0.00 |
| PORTFOLIO RECOVERY ASSCOCIATES, LLC | 19 | 00032 | UNSECURED | 331.62 | 16.25 | 0.00 |
| PORTFOLIO RECOVERY ASSCOCIATES, LLC | 21 | 00033 | UNSECURED | 435.32 | 19.14 | 0.00 |
| UNITED STATES TREASURY | 5 | 00034 | IRS PRTY | 7,148.43 | 7,148.43 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK/VISA | 2 | 00035 | UNSECURED | 2,949.39 | 149.85 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK/MACYS | 3 | 00036 | UNSECURED | 133.43 | 6.78 | 0.00 |
| NORTHLAND GROUP INC. | | 00037 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF | 23 | 00038 | UNSECURED | 601.38 | 30.56 | 0.00 |
| REPUBLIC SERVICES | | 00039 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC | 26 | 00040 | UNSECURED | 413.68 | 18.19 | 0.00 |
| EAST BAY FUNDING LLC | 9 | 00041 | UNSECURED | 2,157.54 | 109.61 | 0.00 |
| CLERK OF THE COURT | | 00042 | PLAN PROVISION/NO | 1,799.00 | 1,799.00 | 0.00 |
| DSRM NATL BK/DIAMOND SHAM | 33 | 00043 | LATE FILED UNSEC | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | 4 | 00044 | VEHICLE ARREARS | 263.66 | 263.66 | 30.39 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 14 | 00045 | UNSECURED | 78.62 | 0.00 | 0.00 |
| WELLS FARGO | | 00046 | SECURED-OTHER | 0.00 | 0.00 | 0.00 |
| KATHLEEN A. LEAVITT | | 00047 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| RANDOLPH GOLDBERG | | 00048 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| ZILA POWELL | | 00049 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| 2725 NELLIS #1165,LAS VEGAS, NV 89121 | | 00050 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |

**POWELL, ROBERT and POWELL, ZILA**                          CASE NO: BKS-10-18335-ABL

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY | 5 | 00051 | IRS UNS | 35.66 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES INC | 10 | 00052 | UNSECURED | 2,405.82 | 122.23 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | 22 | 00053 | UNSECURED | 2,193.80 | 111.46 | 0.00 |
| VANDA LLC | 27 | 00055 | UNSECURED | 584.51 | 29.70 | 0.00 |
| WELLS FARGO BANK NA | 4 | 00056 | VEHICLE DIRECT | 10,234.09 | 0.00 | 0.00 |
| RANDOLPH H GOLDBERG ESQ | | 00000 | Administrative | $4,844.00 | $4,844.00 | |

The debtor(s) attorney, RANDOLPH H GOLDBERG ESQ, was allowed $5,344.00 of which $500.00 was paid directly by the debtor(s) and $4,844.00 was paid from the plan.  The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

**Disbursement Summary:**

| | |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $1,125.20 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $4,844.00 |
| Previous Attorney Fees | $0.00 |
| Priority | 7,148.43 |
| Secured | 2,093.05 |
| Unsecured | 2,367.32 |
| Refund to the Debtor and/or Chapter 7 Trustee | $576.00 |
| Total | $18,154.00 |

Dated: 7/24/15

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
Chapter 13 Standing Trustee

KATHLEEN A LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702)853-0700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
**ROBERT POWELL**
**ZILA POWELL**

CASE NO: BKS-10-18335-ABL
Chapter 13

**Debtor (s)**

# CERTIFICATE OF SERVICE

1.  On July 24, 2015, I served the following document(s):

**CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)**

2.  I served the above- named document(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>300 LAS VEGAS BLVD., SOUTH<br>LAS VEGAS, NV 89101 | ARROW COMMUNITY MANAGEMENT<br>23111 CINCO RANCH BLVD<br>KATY, TX 77494 | APPLIED CARD BANK<br>ATTENTION: GENERAL INQUIRIES<br>PO BOX 17125<br>WILMINGTON, DE 19850 |
| APPLIED CARD BANK<br>ATTENTION: GENERAL INQUIRIES<br>PO BOX 17125<br>WILMINGTON, DE 19850 | ARROW FINANCIAL SERVICES<br>5996 W TOUHY AVE<br>NILES, IL 60714 | CHASE<br>PO BOX 94014<br>PALATINE, IL 60094 |
| CLARK COUNTY TREASURER<br>500 S GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155 | CLARK COUNTY WATER<br>RECALMATION DISTRICT<br>5857 E FLAMINGO RD<br>LAS VEGAS, NV 89122 | CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK 73154 |
| CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK 73154 | CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK 73154 | CAPITAL ONE, N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK 73154 |
| CHASE MTG<br>10790 RANCHO BERNARDO RD<br>SAN DIEGO, CA 92127 | CITI<br>P.O. BOX 6500<br>SIOUX FALLS, SD 57117 | CONNS CREDIT CORP<br>BOX 2358<br>BEAUMONT, TX 77704 |

**POWELL, ROBERT and POWELL, ZILA**                                    CASE NO: BKS-10-18335-ABL

| | | |
|---|---|---|
| CONNS CREDIT CORP<br>BOX 2358<br>BEAUMONT, TX  77704 | CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS, NV  89193 | CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS, NV  89193 |
| DISNEY MOVIE CLUB<br>PO BOX 758<br>NEENAH, WI  54957 | DELL FINANCIAL SERVICES<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 81577<br>AUSTIN, TX  78708 | DISCOVER FIN<br>ATTENTION: BANKRUPTCY<br>DEPARTMENT<br>PO BOX 3025<br>NEW ALBANY, OH  43054 |
| EBAY MASTERCARD<br>PO BOX 960080<br>ORLANDO, FL  32896 | GEMB/CHEVRON<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | GEMB/GAP<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 |
| GEMB/JCP<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | GEMB/WALMART<br>PO BOX 981400<br>EL PASO, TX  79998 | GEMB/WALMART DC<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL  60197 | HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>CAROL STREAM, IL  60197 | HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>CAROL STREAM, IL  60197 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL  60197 | HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>CAROL STREAM, IL  60197 | HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>CAROL STREAM, IL  60197 |
| INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>LAS VEGAS, NV  89106 | MACYS/ VISDSNB<br>ATTN: BANKRUPTCY<br>PO BOX 8053<br>MASON, OH  45040 | MACYS/FDSB<br>MACY'S BANKRUPTCY<br>PO BOX 8053<br>MASON, OH  45040 |
| NORTHLAND GROUP INC.<br>7831 GLENROY RD.<br>MINNEAPOLIS, MN  55439-3108 | PAYPAL/GEMB<br>PO BOX 960080<br>ORLANDO, FL  32896 | REPUBLIC SERVICES<br>770 E. SAHARA AVE.<br>PO BOX 98508<br>LAS VEGAS, NV  89193 |
| SHELL OIL / CITIBANK<br>ATTN.: CENTRALIZED  BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO  64195 | TARGET/TNB-VISA<br>PO BOX 560284<br>DALLAS, TX  75356 | TEXAS WORKFORCE COMMISSION<br>PO BOX 149352<br>AUSTIN, TX  78714 |
| VALERO DSRM NATIONAL BANK<br>PO BOX 300<br>AMARILLO, TX  79105 | WFFINANCIAL<br>PO BOX 7648<br>BOISE, ID  83707 | WFNNB/PALAIS<br>PO BOX 2974<br>MISSION, KS  66201 |

**POWELL, ROBERT and POWELL, ZILA**                              CASE NO: BKS-10-18335-ABL

| | | |
|---|---|---|
| WFS FINANCIAL/WACHOVIA DEALER SERVICES<br>PO BOX 19657<br>IRVINE, CA  92623 | KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV  89101 | RANDOLPH GOLDBERG<br>4000 S EASTERN AVE #200<br>LAS VEGAS, NV  89119 |
| ROBERT POWELL<br>2725 NELLIS #1165<br>LAS VEGAS, NV  89121 | ZILA POWELL<br>2725 NELLIS #1165<br>LAS VEGAS, NV  89121 | 2725 NELLIS #1165\|LAS VEGAS, NV 89121<br>LAS VEGAS, NV 89121<br>,  00000 |
| B-LINE, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA  98111-9221 | CHASE HOME FINANCE, LLC<br>THE COOPER CASTLE LAW FIRM<br>820 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV  89107 | CHASE HOME FINANCE, LLC.<br>10790 RANCHO BERNARDO ROAD<br>SAN DIEGO, CA  92127 |
| CHASE HOME MORTGAGE<br>370 S. CLEVELAND AVE<br>WESTERVILLE, OH  43081 | EAST BAY FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603 | JPMORGAN CHASE BANK, N.A.<br>SUCCESSOR BY MERGE<br>MAIL CODE LA4-5555 - 700 KANSAS LANE<br>MONROE, LA  71203 |
| PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 12907<br>NORFOLK, VA  23541 | PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41067<br>NORFOLK, VA  23541 | VANDA, LLC<br>C/O WEINSTEIN & RILEY, P S<br>2001 WESTERN AVE, STE 400<br>SEATTLE, WA  98121 |
| WELLS FARGO DEALER SERVICES, INC., FKA WACHO<br>C/O GARY L. COMPTON, ESQ.<br>2950 E. FLAMINGO RD., STE. L<br>LAS VEGAS, NV  89121 | APPLIED BANK<br>POB 17125<br>WILMINGTON, DE  19850-7125 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WORLD FINANCIAL NETWORK NATIONAL BANK AS<br>PALAIS ROYALE<br>PO BOX 248872 |
| B-LINE, LLC<br>P.O. BOX 91121<br>DEPT. 550<br>SEATTLE, WA  98111-9221 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 12907<br>NORFOLK, VA  23541 |
| CHASE HOME FINANCE, LLC<br>PP-G7 BANKRUPTCY PAYMENT PROCESSING<br>3415 VISION DRIVE<br>COLUMBUS, OH  43218-2106 | CR EVERGREEN, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA  98111-9221 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE  19850-5145 |
| DSRM NATL BK/DIAMOND SHAM<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX  75374 | DELL FINANCIAL SERVICES L.L.C.<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC  29603-0390 | DEPARTMENT STORES NATIONAL BANK/MACYS<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 4275<br>NORCROSS, GA  30091 |
| DEPARTMENT STORES NATIONAL BANK/VISA<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 4275<br>NORCROSS, GA  30091 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO  43054-3025<br>NEW ALBANY,  43054-3025 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF CIT<br>(SOUTH DAKOTA) NA<br>POB 29262<br>NEW YORK NY 10087-9262<br>,  10087-9262 |

**POWELL, ROBERT and POWELL, ZILA**                                            CASE NO: BKS-10-18335-ABL

| | | |
|---|---|---|
| HSBC BANK NEVADA, N.A. BY PRA RECEIVABLES MANAGEMENT, LLC PO BOX 12907 NORFOLK VA 23541 BY PRA RECEIVABLES MANAGEMENT, | JPMORGAN CHASE BANK, N.A. C/O TIFFANY & BOSCO, P.A. 212 SOUTH JONES BLVD. LAS VEGAS, NV 89107 | JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999 SAINT CLOUD MN 56302-9617 ,  56302-9617 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS ASSIGNEE OF FNBM LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC  29603-0587 | NATIONAL CAPITAL MANAGEMENT, LLC. 8245 TOURNAMENT DRIVE SUITE 230 MEMPHIS, TN 38125 MEMPHIS, TN  00000 | PRA RECEIVABLES MANAGEMENT, LLC AS AGENT OF PORTFOLIO RECOVERY ASSOCS. PO BOX 12914 NORFOLK VA 23541 |
| PRA RECEIVABLES MANAGEMENT, LLC POB 41067 NORFOLK, VA  23541 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 NORFOLK VA 23541 PORTFOLIO RECOVERY ASSOCIATES, 23541 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA  98121 |
| WELLS FARGO P.O. BOX 28724 KANSAS CITY, MO  64118 | WELLS FARGO FINANCIAL NEVADA, INC. ATTN:  MAC F6582-034 PO BOX 500 CHESTER, PA  19013 | WELLS FARGO DEALER SERVICES PO BOX 19657 IRVINE, CA  92623 |
| WELLS FARGO DEALER SERVICES, INC. PO BOX 19657 IRVINE, CA  92623-9657 | RANDOLPH GOLDBERG PERMANENTLY BARRED 4000 S EASTERN AVE #200 LAS VEGAS, NV  89119 | RORY J. VOHWINKEL 4000 S EASTERN AVE #200 LAS VEGAS, NV  89119 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 07/24/2015                                  /s/ Esther Carr

                                                       Employee of
                                                       Kathleen A. Leavitt
                                                       Chapter 13 Standing Trustee