KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

RECEIVED
AND FILED

2015 JUL 24 AM 10 19

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:
ROBERT POWELL
ZILA POWELL
2725 NELLIS, #1165
LAS VEGAS, NV 89121

CASE NO: BKS-10-18335-ABL
CHAPTER 13

NOTICE OF UNCLAIMED FUNDS

TO:   Clerk, United States Bankruptcy Court
From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| 42 | TEXAS WORKFORCE COMMISSION<br>PO BOX 149352<br><br>AUSTIN, TX 78714 | $0.00 | $1,799.00 |

Total: $1,799.00

**Kathleen A. Leavitt**

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: July 24, 2015

CC:  ROBERT POWELL AND ZILA POWELL
     RANDOLPH H GOLDBERG ESQ

NOTE:   Claims that are $25.00 or less go into CAS106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.

Receipt # 222948          $1,799.00